**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **RICHARD TAYLOR, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-CV-561 RHH |
| | ) |
| **MARTIN O'MALLEY,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the final decision of the Deputy Commissioner of Operations, Social Security Administration, is **REVERSED** and this cause of action is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated this 1st day of April, 2024.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE